IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETEDGE, INC.<br>　　　　　PLAINTIFF<br>v.<br>THE KYJEN COMPANY, INC.<br>　　　　　DEFENDANTS | CIVIL ACTION<br>NO: _____ |

**04 10807 MEL**

## CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF PETEDGE, INC.

NOW COMES the plaintiff, PetEdge, Inc., and submits this Corporate Disclosure Statement pursuant to Local Rule 7.3. PetEdge, Inc. does not have any parent corporation and there are no publicly held corporations that own 10% or more of the plaintiff's stock.

Respectfully submitted,
Attorney for Plaintiff
PetEdge, Inc.

Dated: 4/22/04

Kirk Teska
BBO 559,192
IANDIORIO & TESKA
260 Bear Hill Road
Waltham, MA 02451
TEL: (781)890-5678
FAX: (781)890-1150