UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10807 MEL

PETEDGE, INC.
                              Plaintiff,

v.

THE KYJEN COMPANY, INC.,
                              Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance for Defendant, The Kyjen Company, Inc.

Respectfully submitted,

THE KYJEN COMPANY, INC.
By its attorney,

_____
Paul Holtzman, Esq.
BBO No. 563184
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02111
(617) 482-7211

DATED:   July 21, 2004

2144\0001\141763.1