UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10807 MEL

PETEDGE, INC.
                        Plaintiff,

v.

THE KYJEN COMPANY, INC.,
                        Defendant.

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT, THE KYJEN COMPANY, INC.

NOW COMES the defendant, The Kyjen Company, Inc., and submits this Corporate Disclosure Statement pursuant to Local Rule 7.3. The Kyjen Company, Inc. does not have any parent corporation and there are no publicly held corporations that own 10% or more of the defendant's stock.

Respectfully submitted,

THE KYJEN COMPANY, INC.
By their attorneys

_____
Paul Holtzman, Esq. (BBO #563184)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Paul A. Stewart, Esq.
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Dated: July 21, 2004

2144\0001\141762.1

## CERTIFICATE OF SERVICE

I, Paul Holtzman, hereby certify that on July 21, 2004 I arranged for service copies of the following:

1) Notice of Appearance;
2) Motion for Admission Pro Hac Vice of Paul A. Stewart;
3) Certificate of Paul A. Stewart in Support of Motion for Admission Pro Hac Vice;
4) Defendant's Answer and Counterclaims;
5) Corporate Disclosure Statement of Defendant, The Kyjen Company, Inc.; and
6) Certificate of Service.

via hand delivery, upon Kirk Teska, Esq., Landiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451.

_____
Paul Holtzman, Esquire

2144\0001\141862.1