UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10807 MEL

PETEDGE, INC.
                                     Plaintiff,

v.

THE KYGEN COMPANY, INC.,
                                     Defendant.

## MOTION FOR ADMISSION PRO HAC VICE
## OF PAUL A. STEWART

I, Paul Holtzman, hereby move the admission pro hac vice of Paul A. Stewart to the Bar of this Court for the purpose of his representation of Defendant The Kygen Company, Inc. in this litigation. As grounds for this motion, I state as follows:

1. I am an attorney admitted to practice in this Court.

2. Paul A. Stewart is a member in good standing of the Bar of the State of California.

3. Attached hereto is the certificate of Attorney Stewart which provides the information required by Rule 83.5.3 of the Local Rules of this Court.

WHEREFORE, I request that Paul A. Stewart be admitted pro hac vice to the Bar of this Court for the purpose of representing Defendant, The Kygen Company, Inc. in this litigation.

Respectfully submitted,

_____
Paul Holtzman, Esq.
BBO# 563184
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: July 21, 2004

2144\0001\141750.1