UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10807 MEL

PETEDGE, INC.
                       Plaintiff,

v.

THE KYJEN COMPANY, INC.,
                       Defendant.

**CERTIFICATE OF PAUL A. STEWART IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I hereby certify that I am a member in good standing of the bar of the State of California which constitutes every jurisdiction in which I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I am also admitted to practice in all of the United States District Courts in the State of California.

I received my Juris Doctor degree from the University of Virginia School of Law in 1990. I have practiced at the law firm of Knobbe, Martens, Olson & Bear in the State of California since 1991. My areas of practice include patent, trademark, and copyright law.

Signed under the pains and penalties of perjury this 16th day of July, 2004.

_____
Paul A. Stewart

H:\DOCS\PAS\PAS-3911.DOC
071604